# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

132798 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRIAN KEITH COURTNEY,
          Defendant-Appellant.

SC: 132798
COA: 273616
Jackson CC: 05-001139-FC

_____/

          On order of the Court, the application for leave to appeal the November 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

s0613

_____
          Clerk